### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | |
|---|---|
| LILIA MARTINEZ,  §<br>     Plaintiff,  §<br>  § <br>v.  §     EP-22-CV-00135-KC-ATB<br>  §<br>COMMISSIONER OF SOCIAL  §<br>SECURITY,  §<br>     Defendant.  §<br>  § | |

## ORDER TO SHOW CAUSE

On this day, the Court considered the status of the above-styled and numbered cause. On August 11, 2022, the parties were notified electronically of the need to comply with the Standing Orders of this Court. *See* (Text entry dated August 11, 2022) ("All parties shall comply with the Standing Orders of Judge Anne T. Berton located at: https://www.txwd.uscourts.gov/judges-information/standing-orders/index.html (dt) (Entered: 08/11/2022)"). The Court's "Standing Order Regarding the Filing of Briefs in Social Security Appeals" dated March 28, 2018, directs Plaintiff to file her brief within thirty days of the filing of the Defendant's answer and the filing of the certified copy of the transcript and record of administrative proceedings, whichever is later. To date, Plaintiff has not filed her brief or moved for an extension of time.

Accordingly**, IT IS ORDERED** that Plaintiff **SHOW CAUSE**, on or before September 27, 2022, why the above-styled and numbered cause should not be dismissed for failure to prosecute. Plaintiff is notified that the failure to timely and properly respond to this Order to Show Cause may result in the dismissal of the case under Federal Rule of Civil Procedure 41(b).

**SIGNED** and **ENTERED** this 20th day of September, 2022.

_____
**ANNE T. BERTON
UNITED STATES MAGISTRATE JUDGE**