IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **LILIA MARTINEZ,** § § | |
| *Plaintiff*, § § | |
| v. § | EP-22-CV-00135-KC-ATB |
| **COMMISSIONER OF SOCIAL SECURITY,** § § § | |
| *Defendant*. § § § | |

## ORDER STRIKING PLAINTIFF'S BRIEF

On this day, the Court considers "Plaintiff's Brief," filed on November 19, 2022, in the above-captioned matter. (ECF No. 16). Pursuant to Local Rule CV-7(c)(2), the page limit for Plaintiff's Brief is twenty pages "exclusive of the caption, the signature block, any certificate, and any accompanying documents." W.D. Tex. Civ. R. 7(c)(2). Plaintiff's Brief is approximately thirty-three pages, exclusive of the caption, table of contents, signature block, certificates, and accompanying documents. *See* (ECF No. 16). Plaintiff did not request the Court's permission to exceed the page limit. Therefore, Plaintiff's Brief is improperly filed.

Moreover, the Court finds that leave to exceed the page limit in this case is unwarranted. Federal courts have "inherent power 'to manage their own affairs so as to achieve the orderly and expeditious disposition of cases.'" *Woodson v. Surgitek, Inc.*, 57 F.3d 1406, 1417 (5th Cir. 1995) (quoting *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962)). One such way to manage affairs is to establish page limits. *See Barnes v. Tumlinson*, 597 F. App'x 798, 799 (5th Cir. 2015) (per curiam). In the instant case, the Court finds no indication of novel issues requiring extensive

briefing beyond the Court's page limits.  *See Gulf Petro Trading Co. v. Nigerian Nat'l Petroleum Corp.*, 233 F.R.D. 492, 493 (E.D. Tex. 2005).[1]

Accordingly, it is **HEREBY ORDERED** that Plaintiff's Brief (ECF No. 16) be **STRICKEN** from the record.  It is **FURTHER ORDERED** that Plaintiff file a brief that complies with the Local Rule CV-7 page limits and Local Rule CV-10 formatting requirements on or before **November 28, 2022**.  Any requests to exceed the page limit will be denied.

**SIGNED** and **ENTERED** this 21st day of November, 2022.

_____
**ANNE T. BERTON**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] The Court also notes that attorneys at the Konoski & Partners, PC law firm have repeatedly exceeded the Local Rule CV-7 page limits.  *See, e.g.*, No. 1:21-cv-00731-RP-SH (ECF No. 13); No. 3:21-cv-00082-LS (ECF No. 12); No. 3:22-cv-00073-FM-LS (ECF No. 15); No. 3:22-cv-00101-KC-ATB (ECF No. 13); No. 3:22-cv-00120-FM-RFC (ECF No. 16); and No. 3:22-cv-00222-FM-RFC (ECF No. 18).